ALEXANDER FRANKENSTEIN et al., Appellants, *v.* BARNETT
HAMBURGER et al., Defendants, and ISAAC M. BERINSTEIN,
Respondent.

*Frankenstein* v. *Hamburger*, 73 App. Div. 352, appeal dismissed.
(Argued October 7, 1902; decided October 21, 1902.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered June
26, 1902, which affirmed an order of Special Term settling
the accounts of a receiver of rents and profits in an action for
the foreclosure of a mortgage.

*Leonard Bronner* and *A. H. Parkhurst* for appellants.

*Max L. Schallek* for respondent.

Appeal dismissed, with costs, on the ground that the order
appealed from was made in an action and not in a special pro-
ceeding; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN, CULLEN and WERNER, JJ.